

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*James I. Hammond*            *36 South Charles Street*      *DIRECT: 410-209-4952*
*Assistant United States Attorney*     *Suite 400*                     *MAIN: 410-209-4800*
*james.hammond@usdoj.gov*       *Baltimore, Maryland 21201-3119*    *FAX: 410-962-0716*

August 1, 2024

The Honorable Richard D. Bennett
United States Districut Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

       Re:    ***United States v. Al Tariq Smith***
                 **Criminal No. RDB-23-126**

Dear Judge Bennett:

       The Government filed a Superseding Indictment in this case on July 25, 2024. ECF No. 79. The Defendant raised a number of oral objections at a motion *in limine* hearing on July 29, 2024. The Court set a briefing schedule for those objections, requesting the Defendant to file any motion to dismiss the Superseding Indictment by close of business today. The Government notified the Defendant and is providing notice to the Court that the Government will be proceeding on the original Indictment (ECF No. 1) in this case and will not be proceeding on the Superseding Indictment. The Government does not anticipate any further litigation in this case on this issue.

                                                       Respectfully submitted,

                                                       Erek L. Barron
                                                       United States Attorney

                                                       _____/S/_____
            By:                              James I. Hammond
                                                       Assistant United States Attorney

Cc: Maggie Grace, Esq.
Francisco Carriedo, Esq.