| | |
|---|---|
| **CHAMBERS OF**<br>**RICHARD D. BENNETT**<br>**UNITED STATES DISTRICT JUDGE**<br>**NORTHERN DIVISION** | **U.S. COURTHOUSE - CHAMBERS 5D**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MD 21201**<br>**TEL: 410-962-3190**<br>**FAX: 410-962-3177** |

August 21, 2024

**LETTER ORDER**

To Counsel of Record:     *United States v. Al Tariq Smith*
                                          Criminal No. RDB-23-126

Dear Counsel:

    This Letter Order confirms that the Court has reserved 2:00 PM tomorrow, August 22, 2024 for a motions hearing on the Defendant's Motion to Dismiss Indictment (ECF No. 109 \***SEALED**\*), filed today, August 21, 2024 in the above-captioned case. As noted in an email to counsel of record, the Government is instructed to file a response by 6:00 PM today, August 21, 2024. This case remains set for trial beginning Monday, August 26, 2024.

    This Letter Order further confirms that respect to the Government's correspondence providing notice of its intention to introduce a certified record of the Defendant's conviction from the Circuit Court for Baltimore County, criminal case no. 03-K-17-000451 (ECF No. 105) and the Defendant's response (ECF No. 106), Judge Bennett will allow the Government to introduce page 2 and 10 of ECF No. 105.

    Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

                                                            Sincerely,

                                                            Richard D. Bennett
                                                            United States District Judge