**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872
TOLL FREE: (855) 213-8450

JAMES WYDA  MAGGIE GRACE & FRANCISCO CARRIEDO
FEDERAL PUBLIC DEFENDER  ASSISTANT FEDERAL PUBLIC DEFENDERS

August 22, 2024

<u>**UNDER SEAL**</u>

Honorable Richard D. Bennett
U.S. District Court Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    Re:    *United States v. Al Tariq Smith*, No. RDB-23-126 – Response to Government's Motion for Reconsideration of Court's Limitation on the Admission of Defendant's Prior Criminal Record (ECF 117)

Dear Judge Bennett:

    Via ECF 107, the Defense has preserved its objection to the Government's Motion for Reconsideration of Court's Limitation on the Admission of Defendant's Prior Criminal Record (ECF 117). The Defense will not challenge the validity of Mr. Smith's conviction and sentence in the exhibit the Court has already ruled admissible at trial or Mr. Smith's identity as the recipient of that conviction and sentence. The introduction of any additional information is inadmissible under Federal Rule of Evidence 403. The Defense does not wish to file any further response.

                                          Respectfully submitted,

                                          /s/
                                      Maggie Grace & Francisco Carriedo
                                      Assistant Federal Public Defenders