IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:46 pm, Sep 10 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____JK____ Deputy

| | | |
|---|---|---|
| United States of America | * | |
| v. | | |
| AL TARIQ SMITH | * | CRIMINAL NO: RDB-23-126 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

For reasons set forth on the record at the conclusion of the Criminal Jury Trial for Al Tariq Smith ;

IT IS HEREBY ORDERED on September 10, 2024 that defendant may be RELEASED from custody due to the jury's verdict of Not Guilty.

IT IS SO ORDERED this __10th__ day of __September__ 2024

_____
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE