✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

1:03 pm, Sep 11 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JK_____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * Criminal No. RDB-23-126 |
| | * |
| **AL TARIQ SMITH,** | * |
| | * |
| Defendant. | * |

\*\*\*\*\*\*\*

## VERDICT FORM

**Count One:** Possession of ammunition by a prohibited person on or about January 17, 2023.

How do you find the defendant, **AL TARIQ SMITH**, as to COUNT ONE of the Indictment?

Guilty _____          Not Guilty ___✓_____

_Sept 10, 2024_
DATE

**SIGNATURE REDACTED**
FOREPERSON